UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY WALTHOUR,

    Petitioner,

v.                                                 Case No. 4:19cv254-AW-HTC

MARK INCH,

    Respondent.

_____/

## O R D E R

This case is before the Court upon the magistrate judge's Report and Recommendation dated August 10, 2021 (ECF No. 28). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no objections.

Having considered the Report and Recommendation, and any objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

Case No. 4:19cv254-AW-HTC

2. The clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file in the Northern District.

**DONE AND ORDERED** this 1st day of October 2021.

                                            *s/ Allen Winsor*
                                            **ALLEN C. WINSOR**
                                            **UNITED STATES DISTRICT JUDGE**